IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARDENE KIMM CANNON, | 1:12-cv-0859-MJS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT |
| vs. | (ECF No. 15) |
| J. METTS, et al., | 30-DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff Wardene Kimm Cannon ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 15, 2013, Plaintiff filed a motion a motion to extend time to file an amended complaint. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   May 2, 2013                         /s/ *Michael J. Seng*
                                                                   UNITED STATES MAGISTRATE JUDGE