IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARDENE KIMM CANNON,<br><br>    Plaintiff,<br><br>vs.<br><br>J. METTS, et al.,<br><br>    Defendants.<br>_____ / | 1:12-cv-0859-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 15)<br><br>30-DAY DEADLINE |

    Plaintiff Wardene Kimm Cannon ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 15, 2013, Plaintiff filed a motion a motion to extend time to file an amended complaint. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   May 2, 2013                /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE